[No. 38207-5-II. Division Two. October 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BENEDICT STOCKHOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01181-1, Sergio Armijo, J., entered August 15, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 38308-0-II. Division Two. October 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MOSELEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00338-0, Thomas Felnagle, J., entered September 4, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 38602-0-II. Division Two. October 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD W. HAUKSSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05169-6, Thomas P. Larkin, J., entered November 14, 2008. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 25061-0-III. Division Three. October 6, 2009.]

*In the Matter of the Detention of* JOHN LAWRENCE ROBINSON.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LAWRENCE ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-03149-3, Michael E. Schwab, J., entered March 3, 2006. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.